UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA KING,

Plaintiff,

v.

CONTINENTAL CAFE HOLDINGS, LLC,

Defendant.
_______________________________/

Case No. 2:24-cv-13100

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated October 7, 2026, Plaintiff's claims are dismissed with prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: October 7, 2026

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE